<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

─────────────

**No. 97-4554**

─────────────

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

MARTY LORENZO WRIGHT,

                                    Defendant - Appellant.

─────────────

**No. 97-4555**

─────────────

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

ALLEYNE REED WRIGHT,

                                    Defendant - Appellant.

─────────────

**No. 97-4556**

─────────────

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

versus

JAMES EDWARD GREENHOW, a/k/a James Neal, a/k/a
Candyman,

Defendant - Appellant.

---

**No. 97-4557**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LEVI HAWKINS,

Defendant - Appellant.

---

**No. 97-4561**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MARTY LORENZO WRIGHT,

Defendant - Appellant.

---

**No. 97-4562**

---

UNITED STATES OF AMERICA,

                                            Plaintiff - Appellee,

        versus

ALLEYNE REED WRIGHT,

                                       Defendant - Appellant.

---

**No. 97-4563**

---

UNITED STATES OF AMERICA,

                                            Plaintiff - Appellee,

        versus

JAMES EDWARD GREENHOW, a/k/a James Neal, a/k/a
Candyman,

                                       Defendant - Appellant.

---

**No. 97-4564**

---

UNITED STATES OF AMERICA,

                                            Plaintiff - Appellee,

versus

ORRIE GAINES HOLMES, a/k/a Chopper,

Defendant - Appellant.

---

**No. 97-4565**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LEVI HAWKINS,

Defendant - Appellant.

---

Appeals from the United States District Court for the Eastern District of Virginia, at Newport News. Raymond A. Jackson, District Judge. (CR-95-44, CR-95-39)

---

Submitted: June 2, 1998                Decided: July 24, 1998

---

Before WILKINS, LUTTIG, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Terry Noland Grinnalds, Hampton, Virginia; Richard Chisolm Kerns, Newport News, Virginia; Wesley Lee Pendergrass, Hampton, Virginia; Richard S. Yarrow, Hampton, Virginia; Robert Bruce Jones, Newport News, Virginia, for Appellants. Helen F. Fahey, United States Attorney, Michael R. Smythers, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

4

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants were convicted of various charges stemming from their respective roles in a conspiracy to distribute crack cocaine and marijuana. See 21 U.S.C. § 2 (1994); 21 U.S.C. §§ 841(a)(1), 846 (1994). In addition, several Appellants were convicted of firearms charges related to the drug conspiracy. See 18 U.S.C.A. § 922(g)(1) (West Supp. 1998); 18 U.S.C.A. § 924(c)(1) (West Supp. 1998). For his role as the leader of the conspiracy, Marty Lorenzo Wright also was convicted of conducting a continuing criminal enterprise (CCE). See 21 U.S.C. § 848(a) & (c) (1994). Finding no merit to any of Appellants' assignments of error, we affirm their convictions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

AFFIRMED

5